UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00106 |
| | ) | JUDGE SHARP |
| RYAN MATTHEW ROSSER | ) | |

## O R D E R

Due to calendar conflict the Sentencing Hearing in this matter set for November 9, 2012, is hereby rescheduled for **Monday, November 26, 2012, at 10:00 a.m.**

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE